AO 442 (Rev. 11/11) Arrest Warrant

FID# 9944608

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Timothy J. Cassinger | ) | Case No. |
| | ) | |
| | ) | Mag. Judge White |
| | ) | **1:15 MJ 3227** |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Timothy J. Cassinger

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about June 2012 through October 2015, in the Northern District of Ohio, Eastern Division, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D).

Date:     11/17/2015

_____
*Issuing officer's signature*

City and state:     Cleveland, Ohio

U.S. Magistrate Judge Greg A. White
*Printed name and title*

| Return | |
|---|---|

This warrant was received on *(date)* 11/17/15 , and the person was arrested on *(date)* 11/18/15
at *(city and state)* Richfield, Ohio

Date: 11/18/15

_____
*Arresting officer's signature*
Donald Guerra

ATF SA John M. Laurito
*Printed name and title*

FILED
2015 NOV 19 PM 1:35
CLERK U.S. DIST. COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND